THE STATE, EX REL. LIPSON, APPELLEE, *v.* HUNTER, BLDG. COMMR., ET AL., APPELLEES; PHILLIPS, APPELLANT.

(No. 39249—Decided June 9, 1965.)

*Mr. Lawrence A. Kane, Jr.,* and *Messrs. Aronoff, Rosen & Lerner,* for relator appellee.

*Mr. William A. McClain,* city solicitor, and *Mr. Philip. S. Olinger,* for respondent appellees, building commissioner and the city of Cincinnati.

*Messrs. Weinberger, Grad & Wolf,* for appellant.

*Per Curiam.* The appellant, Phillips, not having attempted to intervene as a party to the cause in the Court of Appeals, is without capacity to appeal. The motion to dismiss the appeal is sustained, and the appeal is dismissed.

*Appeal dismissed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.